# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**GRIZEL RAMOS,**
**o/b/o E.B.,**

        **Plaintiff,**

    v.                                                **Case No. 06-C-1179**

**MICHAEL J. ASTRUE,**
**Commissioner of**
**Social Security Administration,**

        **Defendant.**

## ORDER

On May 15, 2007, the court granted Attorney Traver's motion for substitution of counsel, re-captioned the case, accepted the Plaintiff's Brief, and set a briefing schedule. The court further ordered Attorney Traver to comply with this district's redaction requirements with respect to the documents previously filed by predecessor counsel.

It has been more than 30 days since this court's order and Attorney Traver has not yet complied with regard to redaction of information in documents previously filed. The failure to comply is strange in view of the fact that it was Attorney Traver who brought the plaintiff's status to the court's attention and stated he would take appropriate corrective measures. Even though this should have been done by prior counsel from the outset, the primary concern at this point is to remedy the situation.

IT IS THEREFORE ORDERED that within **5 days** of this Order, Attorney Traver shall take appropriate measures to redact all documents filed by predecessor counsel in this matter for compliance with this district's Electronic Case Filing Policies and Procedures-Civil, Section II, Part J Privacy, Subsection 3. If Attorney Traver fails to appropriately redact documents within five days

of this order, Attorney Traver shall have until **June 27, 2007** to show cause as to why sanctions should not be imposed.

IT IS FURTHER ORDERED that the Clerk of Court shall substitute the initials "E.B." on the docket any place the minor plaintiff's name appears.

SO ORDERED.

Dated at Milwaukee, Wisconsin this 15th day of June, 2007.

s/AARON E. GOODSTEIN<br>U.S. Magistrate Judge